IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| COREY WOODWARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-CV-1353-SAC-KGS ) ) |
| JOHN BODE, DBA BRG PRECISION PRODUCTS | ) ) ) |
| Defendant. | ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

Now on this 14th day of April, 2011, the Court, being fully advised in the premises, IT IS HEREBY ORDERED that, pursuant to the parties Stipulation of Dismissal, this matter is hereby dismissed, with prejudice, each party to bear its own costs.

s/ Sam A. Crow
U.S. District Judge Sam A. Crow

Approved as to form and content by:

_Corey Woodward_
Corey Woodward
1421 Alturas
Wichita, Kansas 67217
TEL: (316) 312-9458
EMAIL: woodward.corey@yahoo.com

*Pro Se Plaintiff*

_Karen J. Halbrook_
Karen J. Halbrook (KS# 14299)
Mitchell E. Wood (KS# 24052)
THE HALBROOK LAW FIRM, PC
3500 West 75th Street, Suite 300
Prairie Village, Kansas 66208
TEL: (913) 529-1188
FAX: (913) 529-1199
EMAIL: khalbrook@halbrooklaw.com
EMAIL: mwood@halbrooklaw.com

*Attorneys for Defendant*

{00056034.DOCX;-1}